UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN HAYES GREEN,
ADMINISTRATOR OF THE ESTATE
OF HENRY C. HAYES, DECEASED                                        PLAINTIFF

V.                    NO. 4:12-CV-0398 JM

UNITED STATES OF AMERICA                                           DEFENDANT

### JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Come both parties, the Plaintiff Karen Hayes Green, Administrator of the Estate of Henry C. Hayes, deceased, and Defendant, the United States of America, and for their Joint Motion For Order of Dismissal With Prejudice, state that all the terms of the agreed upon settlement are now satisfied.

Wherefore, the parties request that the Court enter an Order of Dismissal of the above-captioned action with prejudice, with each party bearing its own fees, costs, and expenses.

Respectfully submitted,

For the Plaintiff:

Mr. Hugh Spinks
Gary Holt & Associates
Post Office Box 3887
Little Rock, Arkansas 72203-3887
(501) 372-0266
spinksh@garyholtlaw.com

By:    _/s/ Hugh F. Spinks_    .
       Hugh Spinks

For the Defendant:

CHRISTOPHER R. THYER,
United States Attorney
Eastern District of Arkansas

By:    /s/ _Lindsey Lorence_
       Lindsey Mitcham Lorence(#96183)
       Assistant U.S. Attorney
       425 West Capitol Avenue
       Suite 500
       Little Rock, AR 72201
       501.340.2600
       Email: lindsey.lorence@usdoj.gov