# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KAREN HAYES GREEN,**
**ADMINISTRATOR OF THE ESTATE**
**OF HENRY C. HAYES, DECEASED**                                    **PLAINTIFF**

V.                              NO.   4:12CV00398 JM

**UNITED STATES OF AMERICA**                                       **DEFENDANT**

## ORDER

Pursuant to the joint motion for order of dismissal with prejudice, docket #21, this case is hereby dismissed with prejudice with each party to bear its own fees, costs and expenses. The Clerk is directed to close the case.

IT IS SO ORDERED this 17th day of July, 2014.

_____
James M. Moody Jr.
United States District Judge